UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 FEB 13 AM 9:36
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. 08 MJ 0416 |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| v. ) | Title 8, U.S.C., Section 1326 |
| Javier MORENO-Mendoza ) | Attempted Entry After Deportation |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

On or about **February 11, 2008**, within the Southern District of California, defendant **Javier MORENO-Mendoza**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the **San Ysidro, California, Port of Entry**, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

Sworn to before me and subscribed in my presence this 13TH day of **February, 2008.**

_____
UNITED STATES MAGISTRATE JUDGE



## PROBABLE CAUSE STATEMENT

On February 11, 2008 at approximately 7:56 p.m., **Jaiver MORENO-Mendoza (Defendant)** made application for admission into the United States from Mexico through the pedestrian entrance of the San Ysidro, California Port of Entry. Upon inspection before a United States Customs and Border Protection Officer, Defendant stated he did not have any form of identification and claimed to be a United States citizen by birth in San Diego, California. The CBP Officer queried Defendant's name and date of birth through a computer database system and received a computer generated referral. Defendant was subsequently referred to secondary inspection.

In secondary, Defendant was queried by 10-digit fingerprint and photograph comparison through the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). IDENT and IAFIS returned a match to the query, liking Defendant to FBI and Immigration Service records which identified Defendant as a deported alien and citizen of Mexico.

Immigration Service records checks including the Deportable Alien Control System (DACS) identified Defendant as a deported alien. DACS information indicates that on or about December 21, 2001 Defendant was ordered deported from the United States by an Immigration Judge and was physically removed from the United States on the same date. DACS information further indicates that Defendant was last removed from the United States on or about September 14, 2007. Immigration Service records contain no evidence that Defendant has applied for or received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security to legally re-enter the United States.