1 **VICTOR PIPPINS**
California Bar No. 251953
2 **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Victor_Pippins@fd.org

5

Attorneys for Mr. Javier Moreno-Mendoza
6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE JOHN A. HOUSTON)**

11 UNITED STATES OF AMERICA,        )    CASE NO.: 08cr0625-JAH
                                   )
12                  Plaintiff,      )    DATE:   APRIL 14, 2008
                                   )    TIME:   8:30 a.m.
13 v.                               )
                                   )    NOTICE OF MOTIONS AND MOTIONS TO:
14 JAVIER MORENO-MENDOZA,           )    1) COMPEL DISCOVERY
                                   )    2) DISMISS INDICTMENT
15                  Defendant.      )    3) SUPPRESS STATEMENTS; AND
                                   )    4) GRANT LEAVE TO FILE FURTHER
16 _____ )    MOTIONS

17

18 TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY
        LUELLA CALDITO, ASSISTANT UNITED STATES ATTORNEY
19

20      **PLEASE TAKE NOTICE** that on March 24, 2008, or as soon thereafter as counsel may be heard,

21 Brijido Rangel-Diaz, by and through his counsel, Victor N. Pippins and Federal Defenders of San Diego, Inc.,

22 will ask this Court to enter and order granting Mr. Rangel-Diaz's motions in the above listed case.

23 //

24 //

25 //

26 //

27 //

28 //

**MOTION**

Javier Moreno-Mendoza, by and through his attorneys, Victor N. Pippins, and Federal Defenders of San Diego, Inc., hereby moves this Court to grant the following motions:

1) Compel Discovery;

2) Dismiss the Indictment;

3) Suppress Statements; and

4) Grant Leave to File Further Motions.

These motions are based upon the instant motion and notice of motion, the attached statements of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on this motion.

Respectfully submitted,


Dated: April 1, 2008                          /s/ Victor N. Pippins
                                              **VICTOR N. PIPPINS**
                                              Federal Defenders of San Diego, Inc.
                                              Attorneys for Mr. Moreno-Mendoza

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**Luella Caldito**
Luella.Caldito@usdoj.gov,

Respectfully submitted,

/s/ Victor Pippins
DATED:   April 1, 2008                       **VICTOR N. PIPPINS**
                                             Federal Defenders of San Diego, Inc.
                                             Attorneys for Mr. Moreno-Mendoza