1  KAREN P. HEWITT
   United States Attorney
2  LUELLA M. CALDITO
   Assistant U.S. Attorney
3  California State Bar No. 215953
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California  92101-8893
5  Telephone: (619) 557-7035
   Luella.Caldito@usdoj.gov
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

8

9                       UNITED STATES DISTRICT COURT

10                    SOUTHERN DISTRICT OF CALIFORNIA

11
   UNITED STATES OF AMERICA,        )    CRIM. CASE NO.    08CR0625-JAH
12                                   )
                                     )    DATE:        April 14, 2008
13              Plaintiff,           )    TIME:        8:30 a.m.
                                     )
14                                   )    GOVERNMENT'S NOTICE OF MOTIONS AND
                v.                   )    MOTIONS FOR RECIPROCAL DISCOVERY AND
15                                   )    TO COMPEL FINGERPRINT EXEMPLARS
                                     )
16  JAVIER MORENO-MENDOZA,           )
                                     )
17                                   )
                Defendant.           )
18                                   )
   _____  )
19

20                            NOTICE OF MOTION

21        TO:    Victor Pippins, Esq., Federal Defenders of San Diego, Inc, counsel for defendant, Javier
                 Moreno-Mendoza,
22

23        PLEASE TAKE NOTICE  that on Monday, April 14, 2008, at 8:30 a.m., or as soon thereafter

24  as counsel may be heard, plaintiff, UNITED STATES OF AMERICA, by and through its counsel,

25  Karen P. Hewitt, United States Attorney, and Luella M. Caldito, Assistant United States Attorney, will

26  move the court for an order granting the Government's Motion for Reciprocal Discovery and Motion

27  to Compel Fingerprint Exemplars.

28

<u>MOTION</u>

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and Luella M. Caldito, Assistant United States Attorney, will hereby move the court for an order granting the Government's Motion for Reciprocal Discovery and Motion to Compel Fingerprint Exemplars.

DATED:        April 7, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney


/s/ Luella M. Caldito
LUELLA M. CALDITO
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: Luella.Caldito@usdoj.gov

2                                08CR0625-JAH