1 | **CANDIS MITCHELL**
California State Bar No.  242797
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, California  92101-5008
Telephone:  (619) 234-8467
4 | Candis_Mitchell@fd.org

5 | Attorneys for Mr. Moreno-Mendoza

6

7

8 | UNITED STATES DISTRICT COURT

9 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            )    Case No. 08CR00625-JAH
                                       )
12 |               Plaintiff,           )
                                       )
13 | v.                                 )
                                       )    **NOTICE OF APPEARANCE**
14 | **JAVIER MORENO-MENDOZA,**            )
                                       )
15 |                                    )
              Defendant.               )
16 | _____ )

17 | Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 | Candis L. Mitchell, Federal Defenders of San Diego, Inc., files this Notice of Appearance as ***co-counsel*** in

19 | the above-captioned case.

20 | Respectfully submitted,

21

22 | Dated: May 8, 2008            /s/ *Candis Mitchell*
                                 **CANDIS L. MITCHELL**
23 |                              Federal Defenders of San Diego, Inc.
                                 Attorneys for Mr. Moreno-Mendoza
24 |                              Candis_Mitchell@fd.org

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2          Counsel for Defendant certifies that the foregoing is true and accurate to the best information

3   and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4          Courtesy Copy to Chambers

5          Copy to Assistant U.S. Attorney via ECF NEF

6

7   Dated:  May 8, 2008                                */s/  Candis Mitchell*
                                                       **CANDIS L. MITCHELL**
8                                                      Federal Defenders of San Diego, Inc.
                                                       225 Broadway, Suite 900
9                                                      San Diego, CA  92101-5030
                                                       (619) 234-8467  (tel)
10                                                     (619) 687-2666  (fax)
                                                       Candis_Mitchell@fd.org
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

08CR00625-JAH