1  **VICTOR PIPPINS**
   California Bar No. 251953
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   (619) 234-8467 (tel); (619) 687-2666 (fax)
4  Victor_Pippins@fd.org

5

   Attorneys for Mr. Javier Moreno-Mendoza
6

7                UNITED STATES DISTRICT COURT

8               SOUTHERN DISTRICT OF CALIFORNIA

9                **(HONORABLE JOHN A. HOUSTON)**

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, ) | CASE NO. 08cr0625-JAH |
| 11 | Plaintiff, ) | DATE: May 27, 2008 |
|    |               ) | TIME: 1:00 p.m. |
| 12 | v. ) | |
|    |   ) | NOTICE OF MOTIONS *IN LIMINE* AND |
| 13 | **JAVIER MORENO-MENDOZA** ) | MOTIONS *IN LIMINE* TO: |
| 14 |   ) | (1) COMPEL THE GOVERNMENT TO PROVE THE VALIDITY OF THE DEPORTATION TO THE JURY; |
| 15 | Defendant. ) | |
| 16 |   ) | (2) EXCLUDE EVIDENCE NOT PRODUCED IN DISCOVERY; |
| 17 |   ) | (3) EXCLUDE DOCUMENTS ABSENT REDACTTION; |
| 18 |   ) | (4) PRECLUDE TESTIMONY FROM GOVERNMENT WITNESSES REFERRING TO MR. MORENO-MENDOZA AS THE "ALIEN;" |
| 19 |   ) | |
| 20 |   ) | (5) PROVIDE INSPECTION OR PRODUCTION OF CERTIFIED DOCUMENTS; |
| 21 |   ) | (6) PRECLUDE INTRODUCTION OF "MUG SHOTS" OF MR. MORENO-MENDOZA; |
| 22 |   ) | (7) PROHIBIT THE CERTIFICATE OF NONEXISTENCE OF RECORD AS INADMISSIBLE ; |
| 23 |   ) | (8) PRECLUDE EVIDENCE UNDER FEDERAL RULE OF EVIDENCE 404(B) AND 609; |
| 24 |   ) | (9) ALLOW ATTORNEY-CONDUCTED VOIR-DIRE; |
| 25 |   ) | (10) ORDER PRODUCTION OF GRAND JURY TRANSCRIPTS; |
| 26 |   ) | (11) PRECLUDE DOCUMENTS OF DEPORTATION AS EVIDENCE OF ALIENAGE; AND, |
| 27 |   ) | |
| 28 |   ) | (12) GRANT LEAVE TO FILE FURTHER MOTIONS. |
|    |   ) | |

1 TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
2        LUELA CALDITO, ASSISTANT UNITED STATES ATTORNEY:

3 **PLEASE TAKE NOTICE** that on the above-captioned date and time, or as soon thereafter as counsel may

4 be heard, Javier Moreno-Mendoza, by and through counsel, Victor Pippins and Federal Defenders of San

5 Diego, Inc., will ask this Court to enter an order granting the following motions.

6 <center>**MOTIONS**</center>

7     Mr. Moreno-Mendoza, by and through counsel, Victor Pippins, and Federal Defenders of San Diego,

8 Inc., pursuant to the Fourth, Fifth and Sixth Amendments to the United States Constitution, Federal Rules of

9 Criminal Procedure, and all other applicable statutes, case law, and local rules, hereby moves this court for

10 an order to:

```
(1)   Compel the Government to Prove The Validity of the Deportation to the Jury;
(2)   Exclude Evidence Not Produced in Discovery;
(3)   Exclude Documents Absent Redaction;
(4)   Preclude Testimony from Government Witnesses Referring to Mr. Moreno-Mendoza as the "Alien"
(5)   Provide Inspection or Production of Certified Documents;
(6)   Preclude Introduction of "Mug Shots" of Mr. Moreno-Mendoza;
(7)   Prohibit the Certificate of Nonexistence of Record as Inadmissible;
(8)   Preclude Evidence under Federal Rule of Evidence 404(b) and 609;
(9)   Allow Attorney-conducted Voir-dire
(10)  Order Production of Grand Jury Transcripts
(11)  Preclude Documents of Deportation as Evidence of Alienage and
(12)  Grant Leave to File Further Motions.
```

18     These motions *in limine* are based upon the instant motion and notice of motions, the attached

19 statement of facts and memorandum of points and authorities, and any and all other materials that may come

20 to this Court's attention at or before the time of the hearing on these motions.

21                                                              Respectfully submitted,

23 Dated: May 13, 2008                      *s/ Victor Pippins*
                                                             **VICTOR PIPPINS**
24                                                              Federal Defenders of San Diego, Inc.
                                                             Attorneys for Mr. Moreno-Mendoza
25                                                              Victor_Pippins@fd.org

|    |    |    |
|----|----|----|
| 1  | UNITED STATES DISTRICT COURT | |
| 2  | SOUTHERN DISTRICT OF CALIFORNIA | |

UNITED STATES OF AMERICA, )
                                                )
      Plaintiff,               )    Case No. 08cr0625-JAH
                                                )
v.                                                )
                                                )    **CERTIFICATE OF SERVICE**
JAVIER MORENO-MENDOZA,      )
                                                )
      Defendant.            )
_____)

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

**Luella Mendoza Caldito**
Luella.Caldito@usdoj.gov,Diana.Ortiz@usdoj.gov,efile.dkt.gc1@usdoj.gov

**Candis Lea Mitchell**
Candis_Mitchell@fd.org,Diana_Sarmiento@fd.org

                                            Respectfully submitted,

DATED:     May 13, 2008         */s/ Victor N. Pippins*
                                            **VICTOR N. PIPPINS**
                                            Federal Defenders of San Diego, Inc.
                                            Attorneys for Defendant
                                            E-mail: Victor_Pippina@fd.org