FILED
JUL 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR0625-JAH |
|---|---|---|
| Plaintiff, | ) | **SUPERSEDING** <br> I N F O R M A T I O N |
| v. | ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| JAVIER MORENO-MENDOZA, | ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony). |
| Defendant. | ) | |

The United States Attorney charges:

Count 1

On or about January 1, 2000, within the Southern District of California, defendant JAVIER MORENO-MENDOZA, being an alien, unlawfully entered or attempted to enter the United States; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

Count 2

On or about February 11, 2008, within the Southern District of California, defendant JAVIER MORENO-MENDOZA, being an alien, unlawfully entered or attempted to enter the United States and previously committed the offense of unlawfully entering or attempting to enter the United States, as alleged in Count 1;

1 | all in violation of Title 8, United States Code, Section 1325, a
2 | felony.
3 | DATED: June 30, 2008

KAREN P. HEWITT
United States Attorney

LUELLA M. CALDITO
Assistant U.S. Attorney